**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ FEB 21 2017 ★

BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

KIARA DIAZ, on behalf of herself and all others similarly situated,
                                Plaintiffs,

-against-

CLIENT SERVICES, INC.,

                                Defendant.

Case No. 1:17-cv-00111-WFK-CLP

**STIPULATION OF SETTLEMENT AND DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s), that the above-entitled action against Defendant shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Brooklyn, New York
         February 21, 2017

By: /s/ Alan J. Sasson
Alan J. Sasson, Esq.
Law Office of Alan J. Sasson, P.C.
2687 Coney Island Avenue, 2nd Floor
Brooklyn, New York 11235
(718) 339-0856
Fax: (347) 244-7178
alan@sassonlaw.com
*Attorney for Plaintiff*

By: /s/ Joseph A. Hess
Joseph A. Hess, Esq.
Marshall Dennehey Warner Coleman & Goggin
Wall Street Plaza
88 Pine St., 21st Floor
New York, NY 10005-1801
(212) 376-6438
Fax: (212) 376-6490
*Attorney for Defendant*

The application is ✓ granted.
SO ORDERED          denied.

S/ WFK
William F. Kuntz, II, U.S.D.J.
Dated: Feb 21, 2017
       Brooklyn, New York